# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JOSEPH GABRIEL WIREMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00019 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | By: James P. Jones United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion entered herewith, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED;

4. This action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report and Recommendation; and

4. The clerk will close this case.

ENTER: July 10, 2018

/s/ James P. Jones
United States District Judge